# Court of Appeals
# of the State of Georgia

ATLANTA,  July 31, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1948. TRAVIS DURHAM v. GREGORY C. DOZIER, COMMISSIONER.**

Prison inmate Travis Durham filed a mandamus petition seeking credit for time served in custody. The Department of Corrections filed a motion to dismiss with attachments, which the trial court construed as a motion for summary judgment. On January 4, 2018, the trial court granted the Department's motion and denied the writ of mandamus. Durham then filed a notice of appeal to the Georgia Supreme Court on February 7, 2018. The Supreme Court transferred the case to this Court. See Case No. S18A0843 (decided April 16, 2018). We, however, lack jurisdiction for two reasons.

First, while judgments and orders granting or refusing to grant mandamus are generally directly appealable, see OCGA § 5-6-34 (a) (7), under the Prison Litigation Reform Act, any appeal in a civil case that was initiated by a prisoner must come by discretionary application. See OCGA § 42-12-8; *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997). Because Durham is incarcerated, he was required to file an application for discretionary appeal to seek appeal of the trial court's order. "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Durham's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal.

Second, the appeal is untimely. A notice of appeal must be filed within 30 days after the entry of the trial court's order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Here, Durham filed his notice of appeal 34 days after the trial court's order

was entered.  For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  *07/31/2018*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen*
_____ *, Clerk.*